IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALEX RUSSEL AND MCFADDEN AUTO                                    PLAINTIFFS

V.                                                                CAUSE NO. 5:04cv202BrSu

FRED CARTER AND
WILKERSON DIRT & GRAVEL                                          DEFENDANTS

### JUDGMENT OF DISMISSAL WITH PREJUDICE

**THERE CAME ON** this day the motion *ore tenus* of the Plaintiffs and Defendants for a Judgment of Dismissal With Prejudice, dismissing Plaintiffs' cause of action and the Court being advised that Plaintiffs' claims have been fully compromised and settled by Defendants paying to Plaintiffs a sum of money satisfactory to Plaintiffs; and that all parties consent to the entry of the Final Judgment and agree should be dismissed with prejudice; and this Court, being fully advised in the premises, finds that said Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Plaintiffs' claims in this cause are hereby dismissed with prejudice, with each party bearing their own costs.

SO ORDERED AND ADJUDGED this the 27 day of Mar, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
Magistrate

AGREED AND APPROVED:

_____
Alex Russell, Plaintiff

_____
Edward Russell on behalf of
McFadden Auto, Plaintiff

_____
Jamie D. Travis, Esquire
Attorney for Defendant